

**NUMBER 13-16-00125-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

### IN THE INTEREST OF J.F. AND S.F., CHILDREN

**On appeal from the 36th District Court
of Aransas County, Texas.**

# ORDER

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Order Per Curiam

This is an appeal of a final order terminating parental rights. Appellant's brief in this matter was due on April 11, 2016. Appellant has filed a motion for extension of time seeking 45 days of additional time to file her brief.

Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals, but include additional expedited deadlines and procedures. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a). The intermediate appellate courts are directed to ensure "as far as reasonably possible" that

appeals are brought to final disposition within 180 days of the date the notice of appeal is filed. *See* TEX. R. JUD. ADMIN. 6.2(a). Given the nature of these cases and the shortened appellate deadlines, the Court does not favor motions for extension of time to file the record or briefs. In accordance with the limited time for consideration of these appeals, it is the policy of this Court to limit extensions of time to file a brief to one ten-day extension of time absent truly extraordinary circumstances. *See* TEX. R. APP. P. 38.6(d).

Accordingly, we GRANT appellant's motion for extension of time in part and ORDER appellant's counsel, Michael D. George, to file the brief within ten days of the date of this order. No further extensions of time will be granted absent truly exigent and extraordinary circumstances. All other requested relief is denied.

PER CURIAM

Delivered and filed the
5th day of May, 2016.